IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Number: 7:24CV00254 |
| MADELINE FFITCH, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CONSTITUIONAL QUESTION

Pursuant to Fed. R. Civ. P. 5.1, Defendant Madeline Ffitch ("Defendant") hereby provide notice of the following constitutional question, raised in her Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 8) and Memorandum in Support of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 9):

Is § 18.2-499 is Unconstitutionally Vague, Both On Its Face and as Applied to Ffitch?

The Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Memorandum in Support of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) have been served on the Attorney General via certified mail sent today, along with a copy of this Notice.

MADELINE FFITCH


By:   /s/ Paul Beers
            Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed the foregoing Notice of

Constitutional Question with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to counsel of record, and served Jason S. Miyares, Attorney

General of Virginia via certified mail sent today to the following address:

Office of the Attorney General
ATTN: Jason S. Miyares
202 North Ninth Street
Richmond, VA 23219

/s/ Paul Beers
Of Counsel