CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
July 23, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 7:24-cv-00254 |
| MADELINE FFITCH | ) |
| Defendant. | ) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

This 23rd day of July, 2024, came Defendant Madeline Ffitch ("Defendant") by her local counsel, and presented her Motion for Admission *Pro Hac Vice*. Upon consideration of Plaintiff's motion for the *Pro Hac Vice* Admission of Jonathan Sidney, Esquire, it is hereby ORDERED and DECREED that said Motion is GRANTED and that Jonathan Sidney, Esquire is admitted as counsel for Defendant in the above-captioned action.

Entered: July 23, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge