CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
August 20, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 7:24-cv-00254 |
| MADELINE FFITCH, | ) |
| Defendant. | ) |

**NOTICE**

On July 18, 2024, defendant Madeline Ffitch filed a notice of constitutional question pursuant to Federal Rule of Civil Procedure 5.1. In accordance with 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the court hereby certifies notice to the Attorney General of Virginia that defendant has raised a defense calling into question the constitutionality of Virginia Code § 18.2-499, both on its face and as applied to Ffitch.

The Attorney General may intervene within 60 days of defendants' Rule 5.1(a) notice. Fed. R. Civ. P. 5.1(c). The court requests that the Attorney General inform the court within 21 days of this notice whether the Commonwealth will seek to intervene.

The Clerk is directed to send a copy of this notice via certified mail to the Office of the Attorney General of Virginia, ATTN: Jason S. Miyares, 202 North Ninth Street, Richmond, Virginia 23219, and to provide copies to all counsel of record.

Entered: August 20, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge