UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>MADELINE FFITCH,<br><br>       Defendant. | Case No. 7:24-cv-00254 |

## MOTION TO INTERVENE

The Commonwealth of Virginia, by and through the Attorney General of Virginia and the undersigned counsel, hereby moves to intervene in this action pursuant to 28 U.S.C. § 2403(b) and Federal Rules of Civil Procedure 5.1 and 24(a), for the purpose of defending the constitutionality of Virginia Code § 18.2-499. In support of the motion, the Commonwealth relies on the Brief in Support and Defense for Which Intervention Sought filed herewith.

The Commonwealth has consulted with counsel for each party. Mountain Valley Pipeline, LLC agrees with the Commonwealth's intervention in this case. Madeline Ffitch does not object to the Commonwealth's intervention in this case. No party requests a hearing.

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA**

By:   */s/ Michael Dingman*
       Michael Dingman (VSB #95762)
       *Assistant Solicitor General*

| | |
|---|---|
| Jason S. Miyares<br>*Attorney General* | Erika L. Maley (VSB #97533)<br>*Solicitor General* |
| Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-7704 – Telephone<br>(804) 371-0200 – Facsimile<br>SolicitorGeneral@oag.state.va.us | Kevin M. Gallagher (VSB #87548)<br>*Principal Deputy Solicitor General*<br><br><br>*Counsel for Proposed Intervenor<br>Commonwealth of Virginia* |

## CERTIFICATE

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By:    */s/ Michael Dingman*
              Michael Dingman