CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
March 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:24cv00254 |
| MADELINE FFITCH, | ) |
| | ) By: Elizabeth K. Dillon |
| Defendant, and | )     Chief United States District Judge |
| COMMONWEALTH OF VIRGINIA, | ) |
| Intervenor. | ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the court hereby ORDERS as follows:

1. Defendant Madeline Ffitch's motion to dismiss plaintiff's complaint under Rule 12(b)6) (Dkt. No. 8) is GRANTED IN PART and DENIED IN PART. It is DENIED as to Count One and GRANTED as to Counts Two and Three.

2. Not later than thirty days after entry of this order, Ffitch shall file her answer to the complaint.

3. The parties are DIRECTED to confer and provide a report to the court under Federal Rule of Civil Procedure 26(f) not later than ten days after Ffitch files her answer.

Entered: March 17, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge