IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:24-cv-254 |
| | ) | |
| MADELINE FFITCH, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT OF THE PARTIES' RULE 26(f) PLANNING MEETING

1.     The following counsel participated in a Rule 26(f) conference on April 25, 2025:

Representing the plaintiff Mountain Valley Pipeline, LLC:

Wade W. Massie
Seth M. Land
Penn, Stuart & Eskridge
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
wmassie@pennstuart.com
sland@pennstuart.com

Representing the defendant Madeline Ffitch:

Jonathan Sidney
Climate Defense Project
P.O. Box 97
Forest Hill, WV 24935
Telephone: 510/318-1549
jsidney@climatedefenseproject.org

2

Paul G. Beers
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P.O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: 540/224-8000
Facsimile: 540/8050
pbeers@glennfeldmann.com

2.     The parties will make their initial disclosures within 21 days from their meeting.

3.     The parties will contact Chambers for available dates for trial.  The parties suggest that the Court set aside three days for trial of this case.  Once trial dates are selected, the parties ask that the Court enter a scheduling order that establishes dates for:

- Expert disclosures;

- Motions to join other parties or amend pleadings;

- Completion of discovery;

- Dispositive motions;

- Other pretrial filings; and

- Trial.

4.     The parties anticipate that discovery will be needed on the following subjects:

- The incidents;

- Plaintiff's claims;

3

- Any defenses asserted by defendant; and

- Damages.

5.    The parties do not seek any changes in the limitations on discovery at this time.

6.    The parties recognize the requirement to preserve relevant evidence.

7.    The parties will address any issues with electronic discovery as they arise.

8.    The parties anticipate that there will be issues involving the assertion of privilege by defendant that the Court will need to decide.

Dated this 28th day of April, 2025.

Respectfully submitted,

MOUNTAIN VALLEY PIPELINE, LLC

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
Penn, Stuart & Eskridge
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By _/s/ Wade W. Massie_____
        Wade W. Massie

4

MADELINE FFITCH

By Counsel

Jonathan Sidney
*Pro Hac Vice*
 Colorado Bar No. 52463
 Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, West Virginia  24935
Telephone: 510/318-1549
jsidney@climatedefenseproject.org

By */s/ Jonathan Sidney*
        Jonathan Sidney

Paul G. Beers
 VSB No. 26725
GLENN FELDMANN, DARBY & GOODLATTE
111 Franklin Road, S.E., Suite 200
Roanoke, Virginia 24011
Telephone:  540-224-8005
Facsimile:  540-224-8050
pbeers@glennfeldmann.com

By */s/ Paul G. Beers*
        Paul G. Beers

## CERTIFICATE OF SERVICE

        I hereby certify that on this 28th day of April, 2025, the foregoing

document was electronically filed with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing to counsel of record.

                     */s/ Wade W. Massie*
                        Wade W. Massie

ABINGDON: 1361854-1